IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALAN GREGORY SMITH,
    Petitioner,

vs.                                        CASE NO.: 3:09cv107/MCR/MD

WARDEN ELLIS,
    Respondent.
_____/

# O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 4, 2010. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.     The petition for writ of habeas corpus (doc. 1), challenging the judgment entered in *State of Florida v. Alan Gregory Smith,* in the Circuit Court of Santa Rosa County, Florida, case number 08-671, is DISMISSED WITH PREJUDICE and the clerk is directed to close the file.

    DONE AND ORDERED this 22nd day of April, 2010.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**